## IDA R. GRIDLEY'S APPEAL FROM PROBATE.

*First Judicial District.*
*Argued May 7th—decided June 11th, 1902.*

APPEAL from an order and decree of the Court of Probate for the district of Southington, admitting to probate a certain written instrument as the last will of Horace Gridley of Southington, deceased, taken to the Superior Court in Hartford County and tried to the jury before *George W. Wheeler, J.;* verdict for the contestant, Ida R. Gridley, which the court upon motion set aside as against the evidence, and appeal by her for alleged error of the court in so doing. *No error.*

Opinion filed with the clerk of the Superior Court, Hartford County.

*William F. Henney* and *Edward L. Smith,* for the appellant (Ida R. Gridley).

*Cornelius J. Danaher,* for the appéllee (the executor).